UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:                                              CASE NO.:

**JOHN F. POLLMEIER**                               **00-10056**

DEBTOR                                              CHAPTER 7

ORDER DENYING MOTION FOR RECOVERY OF UNCLAIMED FUNDS

Considering the Motion for Recovery of Unclaimed Funds filed by Dilks & Knopik, LLC, on behalf of NCO Financial Systems, Inc., claimant, the supporting documents and the failure of the mover to supplement the record with proof of the assignment from Discover Financial, the original creditor, to North American Capital Corp., the predecessor to NCO Financial Systems, Inc.,

IT IS ORDERED that the Motion for Recovery of Unclaimed Funds filed by Dilks & Knopik, LLC, on behalf of NCO Financial Systems, Inc. is DENIED WITHOUT PREJUDICE and may be re-filed with the required supplemental documentation.

Baton Rouge, Louisiana, August 19, 2010.

**s/Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE